**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

FOR PLAY LIMITED, a                      **CASE NO: 05-22002-CIV-KING**
foreign corporation,

       Plaintiff,

v.

BOW TO STERN MAINTENANCE,
INC., a Florida corporation

       Defendant.

_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court upon the October 18, 2006 Report and Recommendation of Magistrate Judge Barry L. Garber (DE #75) recommending that Plaintiff's Motion for Attorneys' Fees and Litigation Expenses and Entry of Amended Final Judgment (DE # 68) be Granted in part and Denied in part. No party has filed objections, and the time to do so has passed.

This Court concludes that the R&R contains thorough and well-reasoned recommendations. Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is ORDERED and ADJUDGED that Magistrate Judge Barry L. Garber's October 18, 2006 Report and Recommendation be, and the same is hereby, AFFIRMED and ADOPTED. It is further

ORDERED and ADJUDGED that Plaintiff's Motion for Attorneys' Fees and Litigation Expenses and Entry of Amended Final Judgment (**DE # 68**) be, and the same is hereby, GRANTED in part and DENIED in part. Plaintiff is awarded $14,280.00 in attorney's fees and $2,864.30 in

costs, and the final judgment is amended to reflect that Plaintiff is entitled to $27,980.38 in damages.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and

United States Courthouse, Miami, Florida, this 3rd day of November, 2006.

*James Lawrence King*

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:     Magistrate Judge Barry L. Garber

        ***Counsel for Plaintiffs***
        Sergio R. Casiano, Jr., Esq.
        MILLER KAGAN RODRIGUEZ & SILVER
        201 Alhambra Circle, Suite 802
        Coral Gables, Florida 33134
        Fax: (305) 446-7110

        ***Counsel for Defendant***
        David C. Barnett, Esq.
        BARNETT & LERNER
        225 E. Dania Beach Boulevard
        Suite 202
        Dania Beach, Florida 33004
        Fax: (954) 920-9492

        Jenelle E. La Chuisa
        CLINTON D. FLAGG
        1320 S Dixie Highway, Suite 1180
        Coral Gables, FL 33146
        Tel: (305) 669-0506
        Fax: (305) 669-8980

        Paul Ansel
        PAUL J. ANSEL, PA
        601 S Ocean Drive
        Hollywood, FL 33019
        Tel: (954) 922-9100
        Fax: (954) 922-9176